No. 79–97. CALIFORNIA RETAIL LIQUOR DEALERS ASSN. *v.* MIDCAL ALUMINUM, INC., ET AL. Ct. App. Cal., 3d App. Dist. [Certiorari granted, *ante,* p. 824.] Motion of respondent Midcal Aluminum, Inc., for reconsideration of order of November 26, 1979 [*ante,* p. 961], granting divided argument denied. Further consideration of suggestion of mootness of respondent Midcal Aluminum, Inc., is deferred to hearing of case on the merits. MR. JUSTICE BRENNAN took no part in the consideration or decision of these matters.

No. 79–5516. JAFFER *v.* WHITE, CLERK, SUPREME COURT OF FLORIDA. Motion for leave to file petition for writ of mandamus denied.

No. 79–5514. KENNEDY *v.* SHELLINGER, WARDEN, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 79–488. GENERAL TELEPHONE COMPANY OF THE NORTHWEST, INC., ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 9th Cir. Certiorari granted.

No. 79–639. UNITED STATES *v.* SIOUX NATION OF INDIANS ET AL. Ct. Cl. Certiorari granted.

No. 79–244. UNITED STATES *v.* SALVUCCI ET AL. C. A. 1st Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument in tandem with No. 79–5146, *Rawlings* v. *Kentucky,* immediately *infra.*

No. 79–5146. RAWLINGS *v.* KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument in tandem with No. 79–244, *United States* v. *Salvucci,* immediately *supra.*